**Order entered May 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01046-CV

### JIMMY CHARLES JOHNSON, Appellant

### V.

### DALLAS COUNTY ET AL, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

Appellant's "Amended Motion to Order Sealing of Documents in Tex.R.Civ.P. 76(a)" is

**DENIED**.


/s/     DAVID L. BRIDGES
JUSTICE